**ADAM J. FISHBEIN, P.C.**
ATTORNEY AT LAW

483 Chestnut Street
Cedarhurst, New York 11516

Telephone (516) 791-4400
Telecopier (516) 791-4411

September 9, 2014

**VIA ECF**
The Honorable Roanne L. Mann
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**RE:**     Posen v. GC Services
          14 CV 4185 (PKC) (RLM)

Dear Magistrate Judge Mann:

I represent the plaintiff in the above referenced matter. Please be advised that the above matter has been resolved.

Thank you for the Court's attention to the foregoing.

Yours faithfully,

/s/
Adam J. Fishbein

Cc:     Dawn Gerard, Esq.